IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.F., a minor, by and through his father. ANTONIO FULTZ, | Civ. No. 2:21-CV-1051 |
| Plaintiff, | Judge William Stickman, IV |
| vs. | |
| AMBRIDGE AREA SCHOOL DISTRICT, | |
| Defendant. | |

## ORDER

And now this __22__ day of __March__, 2022 after consideration of Plaintiff's Unopposed Petition For Settlement Approval Pursuant to LCvR17.1, it is hereby ORDERED, ADJUDJED and DECREED that the settlement is approved. The Clerk shall mark this case as CLOSED.

So Ordered by the Court

_/s/ Wm S St IV_